UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BROOKS,

    Plaintiff(s),

v.

CURTIS RIGBY, et al.,

    Defendant(s).

Case No. 2:23-cv-00982-GMN-NJK

**Order**

[Docket No. 20]

    Pending before the Court is Plaintiff's motion to extend the discovery cutoff by 120 days. Docket No. 20. Defendants must file a response by August 16, 2024.

    IT IS SO ORDERED.

    Dated: August 14, 2024

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge