**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS RIGNEY, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-00982-GMN-NJK<br><br>**Order** |

A settlement conference is set for January 14, 2025. Docket No. 32. The Court did not receive a settlement statement from Plaintiff. Therefore, the settlement conference is **CONTINUED** to 10:00 a.m. on March 7, 2025. Plaintiff must submit a settlement statement in compliance with the Court's order by 3:00 p.m. on February 28, 2025. All other requirements set forth in the Court's order at Docket No. 32 continue to apply.

IT IS SO ORDERED.

Dated: January 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge