# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS RIGNEY, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-00982-GMN-NJK<br><br>**Order** |

A settlement conference is set for March 7, 2025. Docket No. 42. In violation of the Court's orders, Plaintiff did not submit his settlement statement for the second time. *See* Docket Nos. 32, 42. Therefore, the settlement conference is hereby **VACATED**.

IT IS SO ORDERED.

Dated: March 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1